# United States District Court for the Southern District of Iowa

Presiding: Honorable Helen C. Adams, U.S. Magistrate Judge  
Court appearing by video conference  
Criminal No. 1:25-cr-00026-SHL-WPK-1 : Clerk's Court Minutes – Initial Appearance/Arraignment

United States of America vs. Emmanuel Garcia Hernandez

Gov. Atty(s): Corey Rothrock for S. Sudmann : ✔ Indictment ☐ Superseding Indictment ☐ Information  
Def. Atty(s): Julie A Frank : ☐ Complaint ☐ Warrant ☐ Summons  
Def. Appears: ✔ In Person ☐ Video Conference : Code Violation/Offense:  
✔ All Parties Consent to Video Proceeding : 21:841(a)(1) and 841(b)(1)(A). Possession with Intent to  
Court Reporter: FTR Gold : Distribute a Controlled Substance (Methamphetamine) (1)  
Interpreter: Patricia Hillock : 21:841(a)(1) and 841(b)(1)(A). Distribution of a Controlled  
✔ Interpreter Sworn  Substance (Methamphetamine) (2)

Date: 5/1/2025  
Initial Appearance Start Time: 3:30 pm   Arraignment Start Time: 3:35 pm   End Time: 3:41 pm

## Initial Appearance

✔ Advised of Rights : ☐ Appointed/Previously Appointed FPD  
☐ Advised of Consular Notification Rights : ✔ Appointed/Previously Appointed CJA Counsel  
Requesting Consular Notification ☐ Yes ☐ No : ☐ Retained Counsel  
✔ Rule 5 Admonition Given

## Arraignment

Trial Scheduled for: 7/7/2025 : ✔ Advised of Charges/Maximum Penalties  
Rule 16 Material due: 5/9/2025 : ✔ Indicted in True Name  
Reciprocal Discovery due: 5/19/2025 :   True Name:  
Pretrial Motions due: 6/16/2025 : ✔ Reading of Indictment Waived  
Plea Notification Deadline: 6/16/2025 :   Plea of Not Guilty Accepted as to Ct(s): 1 and 2  
Plea Entry Deadline: 6/23/2025 : ☐ Denied Forfeiture  
Status/Scheduling Conference (Counsel Only): : ✔ Defendant advised that failure to enter a plea by deadline may negatively impact consideration and finding regarding reduction in offense level based upon Acceptance of Responsibility pursuant to USSG.

## Custody Status

✔ Government Moved for Detention :  
☐ Defendant Waived Preliminary Examination : Detention Hearing Set:  
✔ Defendant Waived Detention Hearing : Before:  
 : Courthouse:    Room:  
Court Ordered Defendant: : Revocation Hearing Set:  
☐ Released on Bond : Before:  
✔ Detained : Courthouse:    Room:

Parties were notified Judge Locher normally allows only one continuance of a trial. The Court finds that today's hearing was conducted by reliable electronic means.

/s/ V. Rule  
Deputy Clerk